**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6965**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CARL JAVAN ROSS,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Senior District Judge.  (1:16-cr-00020-JKB-1)

Submitted:  May 28, 2026                                    Decided:  June 2, 2026

Before WYNN, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Carl Javan Ross, Appellant Pro Se.  David Christian Bornstein, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In 2016, a jury convicted Carl Javan Ross on child sex abuse material charges. Ross appealed, and this court vacated his sentence and remanded for resentencing. *See United States v. Ross*, 912 F.3d 740 (4th Cir. 2019). After the court resentenced Ross, he appealed, and this court affirmed. *See United States v. Ross*, 823 F. App'x 165 (4th Cir. 2020) (No. 19-4497). In November 2025, Ross filed a notice of appeal in which he seeks to challenge his original judgment. Because Ross has already appealed his original judgment, this court vacated that judgment, and the judgment upon resentencing superseded that judgment, he may not challenge that judgment on appeal. Moreover, any attempt to appeal the amended judgment is duplicative. Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2